01

02

03

04

05                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
06                                  AT SEATTLE

07  KRIS CARLSON,                          )    CASE NO. C05-1123-RSM
                                           )
08         Plaintiff,                      )
                                           )
09         v.                              )    ORDER OF REMAND
                                           )
10  JO ANNE B. BARNHART,                   )
    Commissioner of Social Security        )
11                                         )
                                           )
           Defendant.                      )
12  _____   )

13         The Court has reviewed the entire record, including the Administrative Record, the

14  memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge

15  Mary Alice Theiler. It is therefore ORDERED:

16         (1)    The Court adopts the Report and Recommendation;

17         (2)    The Court orders remand of the case for further administrative proceedings; and

18         (3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

19         DATED this 5th day of May, 2006.

20

21                                              _____
                                                RICARDO S. MARTINEZ
22                                              UNITED STATES DISTRICT JUDGE


ORDER OF REMAND
PAGE -1